# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1353**

**CAF 12-00116**

PRESENT: SMITH, J.P., FAHEY, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

IN THE MATTER OF ALEXANDER J.S.
------------------------------------------------
STEUBEN COUNTY DEPARTMENT OF SOCIAL SERVICES,                    ORDER
PETITIONER-RESPONDENT;

DAVID J.S., JR., RESPONDENT-APPELLANT,
AND ALECIA P., RESPONDENT.

---

RAYMOND P. KOT, II, WILLIAMSVILLE, FOR RESPONDENT-APPELLANT.

ALAN P. REED, COUNTY ATTORNEY, BATH (MICHELLE COOKE OF COUNSEL), FOR PETITIONER-RESPONDENT.

CHRISTINE M. VALKENBURGH, ATTORNEY FOR THE CHILD, BATH.

---

Appeal from an order of the Family Court, Steuben County (Marianne Furfure, A.J.), entered December 13, 2011 in a proceeding pursuant to Family Court Act article 10. The order denied the motion of respondent David J.S., Jr. to dismiss the neglect petition against him.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  December 27, 2013                          Frances E. Cafarell
                                                     Clerk of the Court